

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00489-CR

DARRELL WAYNE PHILLIPS                                         APPELLANT

V.

THE STATE OF TEXAS                                                  STATE

----------

## FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 0557784D

----------

## MEMORANDUM OPINION[1]

----------

On June 9, 2014, the trial court denied appellant's pro se motion requesting DNA testing, which he filed under chapter 64 of the code of criminal procedure.[2] After the due date for a notice of appeal but within the time period

---

[1]See Tex. R. App. P. 47.4.

[2]See Tex. Code Crim. Proc. Ann. arts. 64.01–.05 (West 2006 & Supp. 2014).

for requesting an extension of time to file a notice of appeal, appellant filed a notice of appeal.[3]  *See* Tex. R. App. P. 26.2(a)(1), 26.3; *see also Swearingen v. State*, 189 S.W.3d 779, 781 (Tex. Crim. App. 2006) ("[A] DNA movant must meet applicable filing and time requirements found in the Rules of Appellate Procedure.").  But he did not file a timely motion to extend the time to file his notice of appeal.  *See* Tex. R. App. P. 26.3.  Later, appellant filed a "subsequent" notice of appeal.  The trial court appointed counsel to represent appellant on appeal.

On December 5, 2014, we sent a letter to appellant that expressed our concern that we lack jurisdiction because the notice of appeal was not timely.  We informed appellant that unless he filed a response showing grounds for continuing the appeal, it could be dismissed.  Appellant filed a response in which he agreed that we lack jurisdiction and conceded that dismissal is appropriate.  Accordingly, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 25.2(b), 26.2(a), 26.3(b), 43.2(f); *see also Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) ("When a notice of appeal is filed within the fifteen-day [extension] period but no timely motion for extension of time is filed, the appellate court lacks jurisdiction."); *Brock v. State*, No. 02-14-00310-CR, 2014 WL

---

[3]Appellant's original notice of appeal bears a file-stamped date of July 22, 2014.  His certificate of service on the notice of appeal states that he sent it to the district clerk on July 13, 2014.

5492730, at *1 (Tex. App.—Fort Worth Oct. 30, 2014, no pet.) (mem. op., not designated for publication) (applying *Olivo*).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  January 22, 2015